| COMPLETE THIS SECTION ON DELIVERY | |
|---|---|
| A. Signature<br>X [signature] | ☐ Agent<br>☐ Addressee |
| B. Received by (Printed Name)<br>Mary Creusere | C. Date of Delivery<br>1/20/03 |
| D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jan Albert Creusere
   3943 Hazel Avenue
   Cincinnati, OH 45212-3827

2. Article Number
   *(Transfer from service label)*
   7003 1680 0000 0330 3675

   01-163 (Doc. 27) TSH

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540