UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAN ALBERT CREUSERE,

        Plaintiff

    v.                                            C-1-01-163

JOHN PATRICK CONCANNON,
*et al.*,

        Defendants

## ORDER

This matter is before the Court upon the Reports and Recommendations of the United States Magistrate Judge (doc. nos. 23 and 24) to which neither party has objected.

Upon a ***de novo*** review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Reports and Recommendations of the United States Magistrate Judge (doc. nos. 23 and 24) are hereby **ADOPTED AND INCORPORATED HEREIN BY REFERENCE**.

Plaintiff's Motion for Entry of Default (doc. no. 16) is **DENIED**. Defendants' Motion to Dismiss (doc. no. 17) is **GRANTED IN PART AND DENIED IN PART**; defendants'

2

Motion to Dismiss as it pertains to claims 1-3, 5, 7-9 for monetary damages against the defendants is **GRANTED**; defendants' Motion to Dismiss as it pertains to claim 4, concerning withheld wages, is **DENIED**; and defendants' Motion to Dismiss as it pertains to claim 6, negligent hiring and training practices, is **DENIED**.

This matter is **RECOMMITTED** to the United States Magistrate Judge for further proceedings according to law.

**IT IS SO ORDERED.**

                                                     s/Herman J. Weber
                                           Herman J. Weber, Senior Judge
                                           United States District Court

J:\DOCUMENT\PRISONER\01-163-noobj.wpd