

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

PM  CINCINNATI OH 45P

• Sender: Please print your name, address, and ZIP+4 in this box •

**UNITED STATES DISTRICT COURT**
**324 Potter Stewart Courthouse**
**100 East Fifth Street**
**Cincinnati, OH 45202**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JIN A. CREUSERE
3843 HAZEL AVE
Cin. OH. 45212 -
3827

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Mary Creusey*  □ Agent  □ Addressee

B. Received by (Printed Name)   C. Date of Delivery
CO 4-1

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:  □ No

3. Service Type
   ☒ Certified Mail    □ Express Mail
   □ Registered    □ Return Receipt for Merchandise
   □ Insured Mail    □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)

7001 2510 0008 6348 8209

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540