UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jan Albert Creusere,
          Plaintiff,

          v.                              Case No.  1:01cv163
                                          (Weber, Sr., J.; Hogan, M.J.)

John Patrick Concannon, et al.,
          Defendants.

_____

**NOTICE**

_____

Please take notice that the above-captioned case has been set  for a telephonic scheduling conference before the Honorable Timothy S. Hogan on:

**Wednesday, May 5, 2004, at 10:30 am**

Parties are to contact the Magistrate's chambers five minutes prior to 10:30 am at 513-564-7650.

Timothy S. Hogan
United States Magistrate Judge


_____S/Barbara A. Crum_____
Barbara A. Crum
Courtroom Deputy

cc:    All Counsel
BAC        March 31, 2004
J:\CRUMBA\FORMS\CALENDAR\2001\01-163.wpd