**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jan Albert Creusere
3943 Hazel Avenue
Cincinnati, OH 45212-3827

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *May Creuser* ☐ Agent ☐ Addressee

B. Received by (Printed Name): *May Creuser*
C. Date of Delivery: 66/4

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7003 0500 0002 0889 8011
01-163 (Doc 39) (HJW)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540