UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAN CREUSERE : Case No. C-1-01-163

    Plaintiff :

V. : **AFFIDAVIT OF TIMOTHY J. DEARDORFF**

JOHN CONCANNON, et al. :

    Defendants :

STATE OF OHIO    )
                    )SS:
COUNTY OF HAMILTON  )

    I, Timothy J. Deardorff, after first being duly cautioned and sworn, state the following to be true:

    1.    My name is Timothy J. Deardorff. I am an attorney licensed to practice law in the State of Ohio and in the Federal Courts.

    2.    I represented Mr. Jan Creusere in the matter of <u>Jan Creusere v. Cincinnati Board of Education</u> under Case No. C-1-98-124.

    3.    I have never been the attorney of record in the matter of <u>Jan Creusere v. John Concannon, et al.</u>

    Further Affiant saith naught.

                                              _[signature]_
                                              Timothy J. Deardorff

Sworn to and subscribed in my presence this 13th day of March, 2003.

_[signature]_
Notary Public, State of Ohio
My commission has no Expiration Date

**01**