# U.S. District Court
## Southern District of Ohio (Cincinnati)
### CIVIL DOCKET FOR CASE #: 1:01-cv-00163-HJW-TSH

Creusere v. Concannon, et al
Assigned to: Judge Herman J. Weber
Referred to: Timothy S Hogan
Demand: $700000
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 42:1983 Civil Rights Act

Date Filed: 03/16/01
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**Jan Albert Creusere**    represented by    **Jan Albert Creusere**
3943 Hazel Avenue
Cincinnati, OH 45212-3827
PRO SE

V.

**Defendant**
-----------------------

**John Patrick Concannon**    represented by    **David Thomson Croall**
Porter, Wright, Morris & Arthur - 1
250 East Fifth Street
Suite 2200
Cincinnati, OH 45202
513/369-4240
Fax : 513-421-0991
Email: dcroall@porterwright.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Board of Education of the City School District of the City of Cincinnati**    represented by    **David Thomson Croall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Bailey-Newell**    represented by    **David Thomson Croall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
| --- | --- | --- |