UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JAN ALBERT CREUSERE, | : Case No.: C-01-163 |
| Plaintiff, | : |
| | : (Judges Weber, J.; Hogan, M.J.) |
| v. | : **NOTICE OF APPEARANCE** |
| JOHN PATRICK CONCANNON, et al., | : |
| Defendants. | : |

Defendant hereby notifies the Court that Andrew R. Kaake enters his appearance as co-counsel with David T. Croall in the above-captioned case.

Respectfully submitted,

s/Andrew R. Kaake
Andrew R. Kaake (0072585)
Frost Brown Todd LLC
Attorney for Defendant
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182
(513) 651-6953

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2004 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Andrew R. Kaake

CinLibrary/1392751.1