UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAN ALBERT CREUSERE, | : | Case No.: C-01-163 |
| | : | |
| Plaintiff, | : | (Weber, J.; Hogan, M.J.) |
| | : | |
| v. | : | **STIPULATED DISMISSAL WITH** |
| | : | **PREJUDICE** |
| | : | |
| JOHN PATRICK CONCANNON, et al., | : | |
| | : | |
| Defendants. | : | |

Pursuant to Rule 41(a)(1) of the Fed. R. Civ. P., the parties hereby stipulate and agree that this proceeding be dismissed with prejudice, each party to pay its own costs and court fees.

Respectfully submitted

s/Jan A. Creusere
per written authorization 04/22/04
Jan A. Creusere
3943 Hazel Ave.
Cincinnati, Ohio 45212

Plaintiff, *Pro se*

s/David T. Croall
per telephone authorization 04/26/04
David T. Croall (0009149)
PORTER WRIGHT MORRIS & ARTHUR
250 East Fifth Street, Suite 2200
Cincinnati, Ohio 45202-5117
(513) 369-4240

Attorney for Defendants

s/Andrew R. Kaake
Andrew R. Kaake (0072585)
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
(513) 651-6953

Attorney for Defendant

CinLibrary/1388776.1